UNITED STATES DISTRICT COURT

__EASTERN__  **District of**  __CALIFORNIA__

| | |
|---|---|
| BOBBY CHARLIE CISNEROS,<br>       Plaintiff<br><br>              V.<br><br>COMMISSIONER of SOCIAL SECURITY,<br>       Defendant | **ORDER ON APPLICATION**<br>**TO PROCEED WITHOUT**<br>**PREPAYMENT OF FEES**<br><br><br>CASE      1:12-CV-00931-BAM |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X   GRANTED.

   X   The clerk is directed to file the complaint.

   X   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

_____

_____

ENTER this   __21st__   day of   __JUNE__  ,  __2012__  .

                                                                 __/s/ Barbara A. McAuliffe__
                                                                 Signature of Judicial Officer

                                                                 __BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE__
                                                                 Name and Title of Judicial Officer