IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY CHARLIE CISNEROS,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security<br><br>    Defendants.<br>_____/ | CASE NO. CV 12-cv-0931-BAM<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION FOR LEAVE TO FILE LATE REPLY BRIEF** |

Before the Court is Plaintiff's Application for Leave to File a late reply brief. (Doc. 16). The Court, having considered the application and for good cause being shown, **IT IS HEREBY ORDERED**

1. Plaintiff's Application for Leave to file a Reply Brief is **GRANTED** (Doc. 16);

2. Plaintiff's Reply Brief is **DEEMED** filed as of April 25, 2013. (Doc. 17).

IT IS SO ORDERED.

Dated:   **April 29, 2013**            **/s/ Barbara A. McAuliffe**
                                                UNITED STATES MAGISTRATE JUDGE