1

2

3

4

5

6        **IN THE UNITED STATES DISTRICT COURT**

7        **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9    BOBBY CHARLIE CISNEROS,                    CASE NO. CV 12-cv-0931-BAM

10                Plaintiff,                    **ORDER   GRANTING PLAINTIFF'S
                                                APPLICATION FOR LEAVE TO FILE**
11                                              **LATE REPLY BRIEF**

12           vs.

13   CAROLYN W. COLVIN,
     Commissioner of Social Security
14
                 Defendants.
15   _____/

16
          Before the Court is Plaintiff's Application for Leave to File a late reply brief.  (Doc. 16).  The
17
     Court, having considered the application and for good cause being shown, **IT IS HEREBY ORDERED**
18
          1.    Plaintiff's Application for Leave to file a Reply Brief is **GRANTED** (Doc. 16);
19
          2.    Plaintiff's Reply Brief is **DEEMED** filed as of April 25, 2013. (Doc. 17).
20
           IT IS SO ORDERED.
21
          **Dated:    April 29, 2013**            _/s/_ **Barbara A. McAuliffe**
22                                              UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28